

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1211-20

### NATHANIEL JOHNSON, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE NINTH COURT OF APPEALS
### MONTGOMERY COUNTY

*Per curiam.*

## O P I N I O N

We granted Appellant's petition for discretionary review to decide whether a prior Arkansas conviction could be used to satisfy the prior-conviction element of a felony family-violence assault offense. Having considered the parties' briefs and the record, however, we conclude that our decision to grant review was improvident. We therefore dismiss Appellant's petition for discretionary review as improvidently granted.

Delivered: September 22, 2021

Do not publish